APPENDIX X

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Fardin Yaftali et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Hikmatullaev Temurbek et al. | : | NO. 2:16-CV-04139-WB |

FILED
AUG 0 8 2016
LUCY V. CHIN, Interim Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 8th Day of August, 2016, it is hereby

ORDERED that the application of Joseph A. Hennessey, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑ GRANTED.

☐ DENIED.

_____
J.